IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3123 |
| ) | |
| BRIAN CHRISTENSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing 11, from January 3, 2006, until a date certain in approximately 45 to 60 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial in the above captioned matter shall be continued to the 21st day of February, 2006, at 9:00 a.m. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from December 27, 2005, until the time this case is re-scheduled for trial shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 27th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*

The Honorable David L. Piester
United States Magistrate Judge