IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN MARK CHRISTENSON,<br><br>        Defendant. | 4:05CR3123<br><br>MEMORANDUM AND ORDER |

A hearing was held before me on April 28, 2006 on allegations made in the petition for action on conditions of pretrial release, filing 16. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. The defendant requested release on conditions. I find that defendant should be detained.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 9, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED May 10, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge