IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )          Case No.  4:05CR3123
                                   )
BRIAN CHRISTENSON,                 )
                                   )
                    Defendant.     )

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 52.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Unopposed Motion to Continue Revocation Hearing restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

Dated September 23, 2009.


                              BY THE COURT:


                              *Richard G. Kopf*
                              United States District Judge