IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN CHRISTENSON, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the plaintiff and the Probation Office,

IT IS ORDERED that Defendant Christenson's revocation hearing is rescheduled to Thursday, April 8, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated December 7, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge