IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:05CR3123 |
| ) | |
| BRIAN CHRISTENSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 58, now set for April 8, 2010, at 12:00 noon until a date certain in approximately 90 days. The Court, being fully advised in the premises, and noting that the Government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 9th day of July, 2010, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated April 6, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge